# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brann, Matthew W. | District Court-Middle District, Pennsylvania | 05/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination    Date <br> ☐ Initial    ✔ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2018 <br> **to** <br> 12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse and Federal Building
240 West Third Street, Suite 401
Williamsport, Pennsylvania 17701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Harewood Group, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 23, 2018-March 24, 2018 | New York, NY | Patent Bar dinner | Hotel room lodging for one night, dinner, breakfast, parking, mileage and toll reimbursement. |
| 2. | Pennsylvania Bar Institute | March 8, 2018-March 9, 2018 | Mechanicsburg, PA | Continuing Legal Education seminar as presenter | Hotel room lodging for one night, dinner, breakfast, lunch and mileage reimbursement. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brann, Matthew W. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brann, Matthew W. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Harewood Group, LLC | A | Distribution | L | U | | | | | |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. -Charles Schwab & Co., Inc. Money Market Account | A | Interest | L | T | | | | | |
| 4. -Annaly Capital Management Common Stock | A | Dividend | J | T | | | | | |
| 5. -Ferrellgas Partners, LP Common Stock | A | Distribution | J | T | | | | | |
| 6. -First Trust Energy Income and Growth Fund | B | Dividend | K | T | | | | | |
| 7. -KKR & Co., Inc.(formerly KKR & Co., LP) Common Stock | A | Dividend | K | T | | | | | |
| 8. -Retailwinds, Inc. (formerlyNew York & Co., Inc.) Common Stock | | None | J | T | | | | | |
| 9. -Ares Capital Corp. Common Stock | C | Dividend | K | T | | | | | |
| 10. -Vanguard Natural Resources, LLC Common Stock | | None | | | Sold | 11/12/18 | J | A | |
| 11. -Verizon Communications, Inc. Common Stock | B | Dividend | L | T | | | | | |
| 12. -Xerox Corp. Common Stock | A | Dividend | J | T | | | | | |
| 13. -Conduent Incorporated | | None | J | T | | | | | |
| 14. -iShares Core S & P Small Cap ETF | A | Dividend | K | T | | | | | |
| 15. -iShares Global Healthcare ETF | A | Dividend | K | T | | | | | |
| 16. -iShares Gold ETF | A | Dividend | J | T | | | | | |
| 17. -Schwab Fundamental International Small Company Index ETF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brann, Matthew W. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18. -Schwab Fundamental U.S. Small Company ETF | A | Dividend | J | T | | | | | |
| 19. -Vanguard Consumer Staples ETF | A | Dividend | J | T | | | | | |
| 20. -Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | | | | | |
| 21. -Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | | | | | |
| 22. -Vanguard Information Technology ETF | A | Dividend | K | T | | | | | |
| 23. -Vanguard Mid Cap ETF | A | Dividend | J | T | | | | | |
| 24. -Vanguard FTSE All World Ex U.S. Small Cap ETF | B | Dividend | K | T | | | | | |
| 25. -WisdomTree Inter Hdg Qly Div Grt ETF | A | Dividend | K | T | | | | | |
| 26. -WisdomTree Intl Small Cp Dividend ETF | A | Dividend | J | T | | | | | |
| 27. -WisdomTree U.S. Small Cap Dividend Grw ETF | A | Dividend | J | T | | | | | |
| 28. -WisdomTree Emerging Markets Small Cap Dividend ETF | A | Dividend | J | T | | | | | |
| 29. -USAA Tax Exempt Intermediate Term Fund | A | Dividend | K | T | | | | | |
| 30. Illinois Tool Works, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 31. (Macquarie )Delaware Foundation Moderate Allocation Fund A | B | Dividend | M | T | | | | | |
| 32. Gabelli Asset Fund | A | Dividend | M | T | | | | | |
| 33. Neuberger Berman Guardian Fund Investor Class | A | Dividend | L | T | | | | | |
| 34. Roth IRA #1 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brann, Matthew W. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Schwab Cash Reserves | A | Dividend | J | T | | | | | |
| 36. -iShares Core S & P Small Cap ETF | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 37. -Vanguard Extended Market ETF | A | Dividend | J | T | | | | | |
| 38. -Vanguard FTSE Emerging Markets ETF | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 39. -Vanguard Total International Stock ETF | A | Dividend | J | T | | | | | |
| 40. SEP-IRA | | | | | | | | | |
| 41. -iShares Core Dividend Growth ETF | A | Int./Div. | K | T | | | | | |
| 42. -Vanguard Emerging Markets Government Bond ETF | B | Int./Div. | | | Sold | 03/29/18 | K | A | |
| 43. -WisdomTree U.S. Small Cap Dividend ETF | A | Int./Div. | J | T | | | | | |
| 44. -WisdomTree Dynamic Long/Short U.S. Equity ETF | A | Int./Div. | K | T | | | | | |
| 45. -Prudential High Yield Fund Class Z | A | Int./Div. | K | T | | | | | |
| 46. -Vanguard Inflation Protected Securities Fund Admiral Shares | A | Int./Div. | | | Sold | 03/28/18 | J | A | |
| 47. -Virtus SEIX Floating Rate High Income Fund Class I | A | Int./Div. | K | T | | | | | |
| 48. -Schwab International Core Equity Fund | A | Int./Div. | K | T | | | | | |
| 49. -Invesco Global Short High Yield Bond ETF | A | Int./Div. | K | T | Buy | 03/29/18 | K | | |
| 50. -Charles Schwab & Co., Inc. Money Market Account Cas Reserves | A | Interest | J | T | | | | | |
| 51. American Funds: The Investment Co. of America A (IRA) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brann, Matthew W.** | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 529A #1 | | | | | | | | | |
| 53. -American Funds: The Investment Co. of America | E | Dividend | N | T | | | | | |
| 54. -American Funds: The Growth Fund of America | D | Dividend | L | T | | | | | |
| 55. 529A #2 | | | | | | | | | |
| 56. -American Funds: The Investment Co. of America | E | Dividend | N | T | | | | | |
| 57. Citizen & Northern Bank Accounts | A | Interest | J | T | | | | | |
| 58. Perdido Housing Corp. Municipal Bond (Florida) | A | Interest | | | Sold | 07/10/18 | J | C | |
| 59. 1/3 interest in real estate, Bradford County, Pennsylvania | | None | L | Q | | | | | |
| 60. 1/3 interest in mineral estate, Bradford County, Pennsylvania | | None | L | Q | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brann, Matthew W.** | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Page 1, Column 82--This real property was assigned value method code "Q", noting an appraisal dated November 1, 2010.

Part VII, Page 1, Column 83--This mineral estate was assigned value method code "Q", noting an appraisal dated November 1, 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| Brann, Matthew W. | 05/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Matthew W. Brann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544